IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-02693-WDM-MJW

RUSSELL D. CHANDLER,

    Plaintiff(s),

v.

DIMENSIONS GROUP, INC.,

    Defendant(s).
_____

**ORDER GRANTING STIPULATED MOTION TO REMAND**
_____

    Plaintiff has filed a stipulated motion to remand this case to the District Court for Boulder County, Colorado. For the reasons set forth in the motion, the motion is granted.

    Accordingly,

    It is ordered that this case is remanded to the District Court, Boulder County, Colorado.

    DATED at Denver, Colorado on January 31, 2008

                                     BY THE COURT:

                                     s/ Walker D. Miller
                                     United States District Judge

PDF FINAL